# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0504.  LINCOLN C. MCGAHEE v. THE STATE.

Lincoln McGahee filed an application for discretionary review, seeking to appeal the trial court's order denying various pro se motions.  McGahee included a copy of the trial court's order with his application, but it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).[1]  On August 15, 2012, this Court ordered McGahee to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We noted that failure to comply with this directive would result in dismissal of the application.

More than ten days have passed since we issued the August 15, 2012 order, but McGahee has not submitted a stamped "filed" copy of the trial court's order.  Accordingly, McGahee's application is hereby DISMISSED.

---

[1] In order for this Court to have jurisdiction, an application for discretionary appeal must be timely filed.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  An application is timely if it is filed within 30 days of the entry of the order the applicant seeks to appeal.  OCGA § 5-6-35 (d).  A stamped "filed" copy of the order to be appealed is necessary for us to determine whether an application was timely filed.  In this case, the court signed the order on July 11, 2012.  If the order was entered that same day, then this application – filed 33 days later – is untimely.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/12/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*